AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:25-MJ-166 |
| ELMER MARTINEZ BOYZO | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ELMER MARTINEZ BOYZO                                                                                     .

Date:     03/02/2025

_____
*Attorney's signature*

MICHAEL WALLACE  $734183
*Printed name and bar number*

2870 PEACHTREE ROAD #915-17115
ATLANTA, GEORGIA 30305

_____
*Address*

attywallace@hotmail.com
*E-mail address*

(404) 424-9887
*Telephone number*

(404) 935-0902
*FAX number*